IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRA MAR PROPERTY MANAGEMENT, LLC,

Appellant,

v.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-18,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5044

Opinion filed July 11, 2014.

An appeal from the Circuit Court for Duval County.
L. Haldane Taylor, Judge.

Alisa Dawn Wilkes of McKinney, Wilkes & Mee, Jacksonville, for Appellant.

Shaib Y. Rios and Kerry A. Cummings of Brock & Scott, PLLC, Fort Lauderdale, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and SWANSON, JJ., CONCUR.